AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
Richmond Division

KELLY HALE,

    Plaintiff,

       v.

D. A. SHAW, et. al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE** Case number: 3:22CV697

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is DISMISSED WITHOUT PREJUDICE. Judgment is hereby entered in favor of the Defendants.

May 24, 2023
Date

FERNANDO GALINDO,
Clerk

     /s/ K. Hancock
(By) Deputy Clerk