

# U.S. District Court

### Virginia Eastern - Richmond

Receipt Date: Mar 12, 2024 3:56PM

KELLY HALE

| Rcpt. No: 300003724 | | Trans. Date: Mar 12, 2024 3:56PM | | Cashier ID: #LG | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 201 | Civil Filing Fee/PLRA/Non-Prisoner Installment/CCAM | DVAE322CV000697 /001 KELLY HALE | 1 | 221.70 | 221.70 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1945011893 | 02/27/2024 | $221.70 |
| | | | Total Due Prior to Payment: | $221.70 |
| | | | Total Tendered: | $221.70 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** PLRA FILING FEE 3:22CV697

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.